HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10 | EDIFECS, INC., a Washington corporation,

11 |         Plaintiff,

12 | vs.

13 | DAVID PROFANT, an individual,

14 |         Defendant.

15

16

17

CIVIL ACTION No. 2:17-cv-00557

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR DORSEY & WHITNEY
LLP TO WITHDRAW AS ATTORNEYS
FOR DECEASED DEFENDANT DAVID
PROFANT AND TO STAY LITIGATION

NOTE ON MOTION CALENDAR
JUNE 22, 2018



18     This matter comes before the Court on the Motion for Dorsey & Whitney LLP to

19 Withdraw as Attorneys for now-deceased Defendant David Profant and to Stay Litigation

20 ("Motion"). Dkt. 29. The Court has considered the relevant documents, including the Motion,

21 and the remainder of the file herein.

22     Under Local Rule 83.2, withdrawal of attorneys is permissible where a motion for

23 withdrawal is properly noted and includes a certification that the motion was served on the client,

24 or in this case the deceased client's next of kin, and opposing counsel. LCR 83.2(b).

25

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1    Dorsey & Whitney LLP's Motion complies with LCR 83.2. *See* Dkt. 29. With Mr.

2  Profant's death Dorsey & Whitney LLP does not have a client in this matter, and no

3  administrator has been appointed for Mr. Profant's estate. It is therefore hereby ORDERED that

4  Dorsey & Whitney LLP's Motion is GRANTED. *see (DKt. # 28)*

5    Dorsey & Whitney LLP are hereby withdrawn as attorneys for Defendant David Profant *per Federal*

6  and this matter is stayed pending notice to the Court that an administrator has been appointed for *until 90 days from May 3, 2018* *Rule of*

7  Mr. Profant's estate. *Civil Procedure 25(a)(i).*

8    Dated this 7th day of _____June_____, 2018

9

10   _____
     Honorable James L. Robart
11   United States District Judge

12

13 Presented by:

14 DORSEY & WHITNEY LLP

15

16

17 s/*Aaron D. Goldstein*
   AARON D. GOLDSTEIN, WSBA #34425
18 MICHAEL W. DROKE, WSBA #25972
   Dorsey & Whitney LLP
19 701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7043
20 Telephone: (206) 903-8800
   Facsimile: (206) 903-8820

21

22 Attorneys for Defendant Profant

23

24

25

[PROPOSED] ORDER GRANTING MOTION FOR DORSEY & WHITNEY
LLP TO WITHDRAW AS ATTORNEYS FOR DECEASED DEFENDANT
DAVID PROFANT AND TO STAY LITIGATION - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

## CERTIFICATE OF SERVICE

2          On this 5th day of June 2018, I caused to be served a true copy of the foregoing on the

3   following:

4

5          Mark S. Parris                              ☐ Via Messenger
           mparris@orrick.com                          ☒ Via Email
6          Orrick Herrington & Sutcliffe LLP           ☐ Via Facsimile
           701 Fifth Avenue                            ☐ Via U.S. Mail
7          Suite 5600                                  ☐ Via Overnight Mail
           Seattle, WA 98104
8                                                      ☐ Via Messenger
           James Pooley (pro hac vice)                 ☒ Via Email
9          james@pooley.com                            ☐ Via Facsimile
           A Professional Law Corporation              ☐ Via U.S. Mail
10         325 Sharon Park Dr., #208                   ☐ Via Overnight Mail
           Menlo Park, CA 94025
11

12         Robert Uriarte (pro hac vice)               ☐ Via Messenger
           ruriarte@orrick.com                         ☒ Via Email
13         Orrick Herrington & Sutcliffe LLP           ☐ Via Facsimile
           1000 Marsh Rd.                              ☐ Via U.S. Mail
14         Menlo Park, CA  94025-1015                  ☐ Via Overnight Mail

15

16         Elissa Profant                              ☐ Via Messenger
           eprofant@kforce.com                         ☒ Via Email
17         4100 Shorecrest                             ☐ Via Facsimile
           Corona Del Mar, CA, 92625                   ☐ Via U.S. Mail
18                                                     ☐ Via Overnight Mail

19

20         DATED this 5th day of June, 2018.

21

22

23                              s/*Aaron D. Goldstein*
                                Aaron D. Goldstein
24

25

[PROPOSED] ORDER GRANTING MOTION FOR DORSEY & WHITNEY
LLP TO WITHDRAW AS ATTORNEYS FOR DECEASED DEFENDANT
DAVID PROFANT AND TO STAY LITIGATION - 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

4814-9434-6343\1