The Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| EDIFECS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PROFANT, an individual,<br><br>Defendant. | Case No. 2:17-cv-00557-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING EDIFECS' RULE 41 MOTION FOR VOLUNTARY DISMISSAL |

Before the Court is plaintiff Edifecs' Inc.'s motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41. Having considered the motion, the and the applicable law, (Dkt. # 34) pleadings on file, ~~and~~ all other materials presented, for good cause shown, Edifecs' motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

DATED: *August 8, 2018*

_____
Hon. James L. Robart
U.S. District Judge

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR VOLUNTARY DISMISSAL
Case No.: 2:17-cv-00557-JLR

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
+1 206 839 4300